UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY JACKSON,

    Plaintiff,

v.

    Case No. 1:25-cv-306

    HONORABLE PAUL L. MALONEY

UNKNOWN PARTIES,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on March 19, 2025. On March 27, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that this Court (1) grant Plaintiff's motion to proceed *in forma pauperis*, and (2) dismiss the action upon initial screening pursuant to 28 U.S.C. § 1915(e)(2)(B). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is GRANTED.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: May 21, 2025                                        /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     United States District Judge