UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JEFFERY JACKSON,

    Plaintiff,

v.

    Case No. 1:25-cv-306

    HONORABLE PAUL L. MALONEY

UNKNOWN PARTIES,

    Defendant.

_____/


**JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.


Dated:  May 21, 2025                                /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge